

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00427-CR

Bobby J. **PORTER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5248
Honorable Joey Contreras, Judge Presiding

# O R D E R

The docketing statement was due upon perfecting appeal, but appellant has not filed the docketing statement. See Tex. R. App. P. 32.2. We order appellant's counsel, Clay Thomas, to file the docketing statement by July 23, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court